

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2016

No. 04-16-00065-CV

Hugo Xavier **DE LOS SANTOS**,
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-20086
The Honorable Tonya Parker, Judge Presiding

## O R D E R

The appellant's unopposed motion for extension of time to file brief is hereby GRANTED. Time is extended to December 16, 2016. "**NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED.**"

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2016.

_____
Keith E. Hottle
Clerk of Court